# UNITED STATES BANKRUPTCY COURT

## THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Melvin L Livering<br>Donna J Livering<br>                Debtor(s) | Case No. 19-bk-00090-HWV<br><br>Chapter 13 |

## Notice of Post-Petition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any post-petition fees, expenses, or charges that you asset are recoverable against the debtor(s) or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** WELLS FARGO USA HOLDINGS, INC.

**Last four digits** of any number you use to identify the debtor's account: 5978

**Court claim no**. (if known): **39**

**Does this Notice Supplement a prior notice of post-petition fees, expenses, or charges?**
☒ No
· Yes - Date of Last Notice: _____

### Part 1: Itemize Post-petition Payments/Fees Included in Plan per Stipulation

**The Following payment(s) and/or fees have been agreed by debtor(s) to be added to the Chapter 13 Plan per the Stipulation filed 05/21/2019 settling** WELLS FARGO USA HOLDINGS, INC.**'s Motion for Relief**

| | |
|---|---|
| Monthly Payments: 01/10/2019 – 04/10/2019 @ $1,497.03 per month | $5,988.12 |
| Less Debtor Suspense: | ($0.00) |
| Less Down-Payment (if any): | ($0.00) |
| **Total Post-Petition Added to Chapter 13 Plan:** | **$5,988.12** |

The Debtor(s) or Trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11U.S.C.§1322(b)(5) and Bankruptcy Rule 3002.1.

**Part 2: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.
❒ I am the creditor.
☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**X /s/ Harry B. Reese, Esquire**

Jill Manuel-Coughlin, Esquire
Harry B. Reese, Esquire

**Date:**  5/21/2019

**Title:**  Attorney

**Print:** Jill Manuel-Coughlin, Esquire
         Harry B. Reese, Esquire

**Company:** Powers Kirn, LLC

**Address:** 8 Neshaminy Interplex, Suite 215
            Trevose, PA 19053

**E-Mail:** bankruptcy@powerskirn.com

**Contact Phone:** 215-942-2090

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Melvin L Livering<br>Donna J Livering<br><br>       Debtor(s)<br><br>WELLS FARGO USA HOLDINGS, INC.<br>       Movant<br>  v.<br>Melvin L Livering<br>Donna J Livering<br><br>       Debtor(s) | Case No. 19-bk-00090-HWV |

## CERTIFICATE OF SERVICE

  I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on May 21, 2019.

  The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was <u>service by electronic notification and first class U.S. mail.</u>

*Parties Served via Electronic Notification:*

Charles E. Petrie , , Esquire
<u>3528 Brisban Street</u>
<u>Harrisburg, PA 17111</u>

Attorney for Debtor(s)

Charles J DeHart, III , Esquire
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Trustee

*Parties Serviced via First Class Mail:*

Melvin L Livering
Donna J Livering
1365 Kelley Road
Steelton, PA 17113
Debtor(s)

            **/s/ Harry B. Reese, Esquire**
            POWERS KIRN, LLC
            Jill Manuel-Coughlin, Esquire; Atty ID # 63252
            Harry B. Reese, Esquire; Atty ID #310501
            8 Neshaminy Interplex, Suite 215
            Trevose, PA 19053
            215-942-2090 phone; 215-942-8661 fax
            bankruptcy@powerskirn.com
            Attorney for Movant
            Dated: May 21, 2019